# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ELIJAH L. HAWTHORNE

NO. 2020 KW 0104

MAR 1 3 2020

---

In Re:    Elijah L. Hawthorne, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 601117.

---

**BEFORE:    McDONALD, THERIOT, AND BURRIS[1], JJ.**

   **WRIT DENIED.**

                         JMM
                         MRT
                         WJB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT

---

[1] Judge William J. Burris, retired, serving pro tempore by special appointment of the Louisiana Supreme Court.